IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL CASE NO. 11-80507-CIV-Marra/Johnson

BRANCH BANKING AND TRUST COMPANY,
a North Carolina banking corporation, successor-in-
interest to Colonial Bank by Asset Acquisition from
the FDIC as Receiver for Colonial Bank,

      Plaintiff,
v.

HAMILTON GREENS, LLC, a Florida limited liability company, DEVCON LIVINGSTON GREENS, LLC, a Florida limited liability company, BLG ENTERPRISES, LLC, a Florida limited liability company, RICHARD BELLINGER, individually, CHAD LABONTE, individually, and ROLAND LABONTE, individually,

      Defendants.
_____/

## NOTICE OF FILING OF CERTIFICATES OF SERVICE

Plaintiff, BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation, successor-in-interest to Colonial Bank by Asset Acquisition from the FDIC as Receiver for Colonial Bank ("BB&T"), by and though its undersigned counsel, hereby files its Notice of Filing of Certificate of Service to Chad P. Labonte, and Certificate of Service to Erin Rossitto.

Dated:  April 16, 2012

                        Respectfully submitted,

                        By: /s Eric C. Edison
                            ERIC C. EDISON, ESQ.
                            Florida Bar No. 010379
                            Email: ece@angelolaw.com
                            ANGELO & BANTA, P.A.
                            515 East Las Olas Blvd., Suite 850
                            Fort Lauderdale, FL 33301
                            Telephone:  954-766-9930
                            Facsimile:   954-766-9937
                            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2012, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.

By: /s Eric C. Edison
ERIC C. EDISON, ESQ.
Florida Bar No. 010379
