IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL CASE NO. 11-80507-CIV-Marra/Hopkins

BRANCH BANKING AND TRUST COMPANY,
a North Carolina banking corporation, successor-in-interest to Colonial Bank by Asset Acquisition from the FDIC as Receiver for Colonial Bank,

    Plaintiff,

v.

HAMILTON GREENS, LLC, a Florida limited liability company, DEVCON LIVINGSTON GREENS, LLC, a Florida limited liability company, BLG ENTERPRISES, LLC, a Florida limited liability company, RICHARD BELLINGER, individually, CHAD LABONTE, individually, and ROLAND LABONTE, individually,

    Defendants,

_____/

### NOTICE OF PRODUCTION FROM NON-PARTY
**Pursuant to Federal Rule of Civil Procedure 45**

TO:    ALL COUNSEL AND PARTIES LISTED BELOW

YOU ARE HEREBY NOTIFIED that the undersigned will issue the attached subpoena, as **Exhibit "A"**, directed to the following entity:

MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED
450 EAST LAS OLAS BOULEVARD
FORT LAUDERDALE, FLORIDA 33301

who is not a party to this suit, to produce the items listed at the time and place specified in the subpoena.

### CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2012, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system and a true and correct copy of the foregoing was served on counsel of record via the electronic filing system.

/s Eric C. Edison_____
ERIC C. EDISON, ESQ.
Florida Bar No. 010379
Email:  ece@angelolaw.com
ANGELO & BANTA, P.A.
SunTrust Center, Suite 850
515 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Telephone:	954-766-9930
Facsimile:	954-766-9937
Attorneys for Plaintiff