DC 11 (Rev. 11/2002) Writ of Execution

## WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |
|---|---|

| TO THE MARSHAL OF: United States District Court for the Southern District of Florida |
|---|

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Richard Bellinger, 106 Renaissance Drive, West Palm Beach, Florida 33410

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $4,923,797.57 | and |

in the United States District Court for the  Southern  District of  Florida ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Richard Bellinger, in the lawsuit styled Branch Banking and Trust Company v. Hamilton Greens, LLC, et. al., CASE NO. 11-80507-CIV-Marra/Johnson

and also the costs that may accrue under this writ.
    And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE  U.S. Marsall's Office | DISTRICT  Southern District of Florida |
|---|---|
| CITY  West Palm Beach, Florida | DATE |

Witness the Honorable _____
                                               *(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
|   |   |
|   | (BY) DEPUTY CLERK |

### RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
|   |   |
| U.S. MARSHAL | (BY) DEPUTY MARSHAL |

## EXHIBIT "B"