UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-80507-CIV-MARRA

BRANCH BANKING AND TRUST COMPANY,
a North Carolina banking corporation, successor-in-interest to Colonial Bank by Asset Acquisition from the FDIC as Receiver for Colonial Bank,

    Plaintiff,
v.

HAMILTON GREENS, LLC, a Florida limited liability company, DEVCON LIVINGSTON GREENS, LLC, a Florida limited liability company, BLG ENTERPRISES, LLC, a Florida limited liability company, RICHARD BELLINGER, individually, CHAD LABONTE, individually, and ROLAND LABONTE, individually,

    Defendants.
_____/

## ORDER

This cause is before the Court upon the Plaintiff Branch Banking and Trust Company's Motion for Order Directing Clerk to Issue Writ of Execution (DE 252). No response was filed, and the time to respond has expired.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff Branch Banking and Trust Company's Motion for Order Directing Clerk to Issue Writ of Execution (DE 252) is **GRANTED.** The Clerk of Court shall issue the Writ of Execution.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of May, 2014.

_____
KENNETH A. MARRA
United States District Judge